12,196-07

Courtof Criminal Appeals
of Texas
Clerk of the Court
Abel Costa:
P.O.Box 12308,Capitol Station
Austin, Texas 78711

December 21, 2015

RE: "STAUTS" of November 30,2015-Applicant's Reply Brief
    in Cause Number C-371-010628-0826520-E:


Dear Clerk:

I am writing to request response in regards to the above titled
Cause and notice/answer from the Court of Criminal Appeals as
to my Reply Brief presented in rebuttal to State's Brief.

On 12-7-2015 I received "notice" from the Courtof Criminal Appeals
via "whitecard" that my 11.07 had been received by the court on
11/24/2015.

THANK YOU for any and all service or consideration into this matter.


Sincerely,

Mr. Gery Lee Scott
TDCJ-ID# 1123905
Ramsey One Unit
1100 F.M. 655
Rosharon, Texas 77583


CC.GLS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk